**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Frederick William STURM, Jr.,**
**Defendant–Appellant.**

**No. 06–11403**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 8, 2008.

Gary C. Tromblay, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Michael F. Payne, Wichita Falls, TX, for Defendant–Appellant.

Before KING, DAVIS and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Frederick William Sturm, Jr. has moved

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sturm has filed a response. The record is insufficiently developed to allow consideration at this time of Sturm's conflict of interest and ineffective assistance of counsel claims. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir. 2006). Our independent review of the record, counsel's brief, and Sturm's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.